UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEON CARIL II, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA POISEL et al., <br><br> Defendants. | CASE NO. 2:23-cv-00906-DGE <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) |

The Court, having reviewed de novo the Report and Recommendation of Judge Brian A. Tsuchida, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 6).

2. This case is DISMISSED with prejudice.

3. The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 23rd day of August 2023.

David G. Estudillo
United States District Judge